[No. 18029-1-I.   Division One.   May 4, 1987.]

MILLIMAN & ROBERTSON, INC., *Respondent*, v. PACIFIC
TRADE WINDS, LTD., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-2-20705-0, Frank L. Sullivan, J., entered February 12, 1986. *Reversed* by unpublished opinion per

Callow, J. Pro Tem., concurred in by Thibodeau and Williams, JJ. Pro Tem.